**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE __10_/_5_/_09__

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| MCKAY EQUIPMENT, LLC | CIVIL ACTION 08-2019 |
| VERSUS | JUDGE HAIK |
| A&L VALVE AND FITTING, L.P. | MAGISTRATE JUDGE METHVIN |

## RULING

Before the Court is Defendant's Rule 12 Motion to Dismiss. After a thorough review of the record and the Report and Recommendation of the Magistrate Judge, the Motion is **DENIED.**

**THUS DONE and SIGNED on this 5th day of October, 2009.**

Judge Richard T. Haik, Sr.
United States District Court